# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| | |
|---|---|
| Diocese of Cheyenne; *et al.*<br>v.<br><br>Kathleen Sebelius, in her official capacity as Secretary of the U.S. Department of Health and Human Services; *et al.* | Case No. 2:14-cv-00021-SWS |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Civil Liberties Union of Wyoming and American Civil Liberties Union Foundation.

Date:   April 14, 2014

/s/ Jennifer Horvath

Jennifer Horvath, # 6-4073

PO Box 20706

Cheyenne WY 82003

jhorvath@aclu.org

(307) 637-4565

(307) 635-2751